SOLID WASTE SVC., et al.

v.

CITY OF ALLENTOWN, et al.

1748 CD 2016

Commonwealth Court of Pennsylvania.

07/20/2017

Lehigh County Civil Division, 2016–C–157

Affirmed

DOW CHEMICAL CO.

v.

WCAB (Morrow)

59 CD 2017

Commonwealth Court of Pennsylvania.

07/20/2017

Workers' Compensation Appeal Board, A15–1416–S1

Affirmed

WARWICK TWP.

v.

WINTERS, J., et al.

2071 CD 2016

Commonwealth Court of Pennsylvania.

07/21/2017

Chester County Civil Division, 2014–11097–CV

Affirmed/Vacated/Remanded

PENNDOT

v.

APACHE'S AUTO CLINIC

1172 CD 2016

Commonwealth Court of Pennsylvania.

07/24/2017

Philadelphia County Civil Division, June Term, 2015 No. 01267

Affirmed/Vacated/Remanded